IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                     CASE NO.     16-22988-JKO

                                                                             CHAPTER     7

DIVERSIFIED HEALTH &
FITNESS, INC.,

      Debtor.
_____/

### NOTICE OF ISSUANCE OF SUBPOENA FOR DOCUMENTS WITHOUT DEPOSITION TO BANK OF AMERICA, N.A.

**TO:**     **Bank of America, N.A.**
            **c/o CT Corporation System**
            **1200 South Pine Island Rd.**
            **Plantation, FL 33324**

PLEASE TAKE NOTICE that creditor and party in interest, Lantana Palm Beach Retail, LLC ("Lantana"), by and through the undersigned attorney, hereby gives notice of issuance of the attached Subpoena Duces Tecum for Records Without Deposition on Bank of America, N.A. c/o CT Corporation System, 1200 South Pine Island Rd, Plantation, FL 33324 to produce documents identified in **Schedule "A"** of the attached subpoena on or before **Friday, May 5, 2017 at The Law Office of Tobin & Reyes, P.A., 225 N.E. Mizner Blvd, Suite 510, Boca Raton, FL 33432.** for the purpose of discovery.

I HEREBY CERTIFY that, on this 20th day of April, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter and via U.S. Mail to Wells Fargo, N.A.  c/o Registered Agent Corporate Service Company 1201 Hays Street Tallahassee, FL 32301-2525.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  April 21, 2017.

Respectfully submitted,

*/s/David H. Haft*
Ricardo A. Reyes FBN 864056
David H. Haft FBN 0068992
Adrian J. Alvarez, FBN 0040565
A*ttorneys for Lantana Palm Beach Retail, LLC*
TOBIN & REYES, P.A.
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, Florida 33432
Tel:    (561) 620-0656
Fax:    (561) 620-0657
Primary:    eservice@tobinreyes.com
Secondary: rar@@tobinreyes.com
Secondary: aalvarez@tobinreyes.com
 Secondary: dhaft@tobinreyes.com
