

**ORDERED in the Southern District of Florida on May 18, 2017.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-22988-JKO |
| Diversified Health | Chapter 7 |
| & Fitness, Inc. | |
| Debtor           / | |

**ORDER OVERULING OBJECTION TO CLAIM OF
LANTANA PALM BEACH RETAIL, LLC, CLAIM # 3**

THIS CAUSE having come before the court on a hearing held on May 2, 2017, upon Debtor's Objection to Proof of Claim filed by Lantana Palm Beach Retail, LLC, Claim # 3, and this court having considered the basis for the objection to claim, and being otherwise duly advised in the premises, it is:

**ORDERED** that:

1. Debtor's Objection to Proof of Claim filed by Lantana Palm Beach Retail, LLC, Claim # 3, is **OVERULED** without prejudice to Trustee Scott N. Brown.

###

RESPECTFULLY,
/s/ George Castrataro, MPH, JD
George Castrataro, MPH, JD
FL Bar# 0027575
The Law Offices of George Castrataro, PA
707 NE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33304
954-573-1444 Office / 954-573-6451 Fax

(Attorney **George Castrataro** is directed to mail a conformed copy of this Order on all interested parties immediately upon receipt of same)